1          JS-6

2

3

4

5

6

7

8     UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. EDCV11-01797 WDK(FMOx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **BRIJIDO GARCIA BUENO, et al.,** | |
| Defendant. | |

Plaintiff accepts defendant's Rule 68 Offer of Judgment.

Plaintiff J & J Sports Productions, Inc. is awarded final judgment against the defendants Brijido Garcia Bueno, individually d/b/a Club Azteca a/k/a Azteca Club shall pay the plaintiff, J & J Sports Productions, Inc. in the amount of four thousand and one dollar ($4,001.00).


  IT IS SO ORDERED.

Dated: December 18, 2012

_____

William Keller
United States District Judge